FILED
MAY 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Manuel TAMAYO-Martinez, Defendant. | Mag. Case No. '08 MJ 8380<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about June 17, 1999, within the Southern District of California, defendant Manuel TAMAYO-Martinez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6th DAY OF MAY 2008.

NITA L. STORMS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Manuel TAMAYO-Martinez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Immigration Enforcement Agent Gary A. Buchanan.

On June 17, 1999, the defendant, identified as Manuel TAMAYO-Martinez, was arrested in San Diego, California, by an Officer of the San Diego Police Department, for Possession For Sale of Controlled Substance, to wit: Heroin in violation of California HS-11351. Immigration Enforcement Agent Buchanan subsequently encountered the defendant in custody at Centinela State Prison in Imperial, California, and placed an immigration detainer on Form I-247.

On May 5, 2008, at approximately 10:15 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement in Imperial, California.

Record checks of TAMAYO revealed that he was previously ordered deported to Mexico by an Immigration Judge on October 6, 1994. TAMAYO was last physically removed from the United States to Mexico on June 24, 1998, via the Calexico, California Port of Entry. Further record checks revealed that TAMAYO has a criminal record.

There is no evidence that TAMAYO ever sought or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States.

Based upon the foregoing information, there is probable cause to believe that Manuel TAMAYO-Martinez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.